No. 11-177. Eric E. Alt, et al., Petitioners v. Robertson Stephens Group, Inc.

565 U.S. 944, 132 S. Ct. 415, 181 L. Ed. 2d 259, 2011 U.S. LEXIS 7403.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 638 F.3d 70.